United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 22, 2025
Lyle W. Cayce
Clerk

No. 24-70009

Roderick Napoleon Harris,

*Petitioner—Appellant,*

versus

Eric Guerrero, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee.*

_____

Application for Certificate of Appealability
in the United States District Court
for the Northern District of Texas
USDC No. 3:20-CV-3702

_____

ORDER:

IT IS ORDERED that Appellant's motion for a certificate of appealability is DENIED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT