United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
May 20, 2025

Lyle W. Cayce
Clerk

No. 24-70009

Roderick Napoleon Harris,

*Petitioner—Appellant,*

versus

Eric Guerrero, *Director, Texas Department of Criminal Justice, Correctional Institutions Division,*

*Respondent—Appellee.*

___

Application for Certificate of Appealability
in the United States District Court
for the Northern District of Texas
USDC No. 3:20-CV-3702

___

ORDER:

A panel of this court previously DENIED the Motion for a Certificate of Appealability. The panel has considered Appellant's Motion for Reconsideration. IT IS ORDERED that the Motion for Reconsideration is GRANTED.

IT IS FURTHER ORDERED that Appellant should file a reply to the Response in Opposition to Application for a Certificate of Appealability within ten days.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT